AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| ITSAVVY LLC, f/k/a B2B Computer Products LLC, an Illinois limited liability company, and B2B INDUSTRIES LLC, an Illinois limited liability company, <br> *Plaintiff(s)* <br> v. <br> IT SAVVY, LLC, a Florida limited liability company, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. <br> 6:17-CV-955-31-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert P. Molloy, Jr., Registered Agent of IT SAVVY, LLC
14014 Evening Sky Pl., Orlando, FL 32828

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lida Rodriguez-Taseff
Duane Morris LLP
200 South Biscayne Boulevard
Suite 3400
Miami, Florida 33131-2318
LRTaseff@duanemorris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/25/17                                  _____
*Signature of Clerk or Deputy Clerk*